# ROBERT CALIENDO, ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025

31 West 34th St., 7th Fl.
New York, NY 10001
Tel. (646) 668-5615
rc@caliendo-law.com

October 21, 2025

<u>BY ECF</u>

Hon. Victor Marrero, U.S.D.J.
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *U.S. v. Patel, et al.,* 25 CR 173 (SDNY)

Dear Judge Marrero,

    Marc Fernich and I represent Lakhmichand Lohani in the referenced case. Mr. Lohani has elected to proceed with different counsel instead of Mr. Fernich and I. *See, generally*, *U.S. v. Stein*, 541 F.3d 130, 151 (2d Cir. 2008) ("Sixth Amendment protects an individual's right to choose the lawyer or lawyers he or she desires"). An attached substitution stipulation confirms same, executed by Mr. Lohani, Mr. Fernich and I, and incoming counsel. Thus, undersigned counsels respectfully seek an order relieving us as counsel, and excusing our appearance at the Oct. 24, 2025 status conference.

    Thank you for your attention and consideration.

                      Respectfully,

                      */S/ Robert Caliendo*
                      _____
                      Robert Caliendo, Esq.

                      */S/ Marc Fernich*
                      _____
                      Marc A. Fernich, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

LAKHMICHAND LOHANI,
                Defendant.
------------------------------------------------------------X

25 CR 173 (VM)

STIPULATION FOR
SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Anthony Cecutti, Esq., be substituted for Marc Fernich, Esq. and Robert Caliendo, Esq., as counsel for defendant Lohani in the captioned case.

Dated: New York, NY
       October 20, 2025

The Law Office of Anthony Cecutti

By: *Anthony Cecutti*
Anthony Cecutti, Esq.
(917) 741-1837

*Substituting Counsel for Lohani*

The Law Office of Marc Fernich

By: /S/ *Marc A. Fernich*
Marc A. Fernich, Esq.
(212) 446-2346

*Withdrawing Counsel for Lohani*

Robert Caliendo, Esq.

By: /S/ *Robert Caliendo*
Robert Caliendo, Esq.
(646) 668-5615

*Withdrawing Counsel for Lohani*

By: *[signature]*
Lakhmichand Lohani
Defendant

**Request GRANTED.**
The Court APPROVES the stipulation substituting Anthony Cecutti for Marc Fernich and Robert Caliendo as counsel for defendant Lakhmichand Lohani.

**SO ORDERED.**

10/23/2025
DATE

VICTOR MARRERO, U.S.D.J.