USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 10, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Lakhmichand Lohani, 25 Cr. 173 (VM)**

Dear Judge Marrero:

I represent Lakhmichand Lohani in the above-referenced matter. I write to request a modification of Mr. Lohani's bond, specifically, the removal of the condition of stand-alone monitoring. After conferring with Pretrial Services in the District of New Jersey, where Mr. Lohani resides, and Pretrial Services in the Southern District of New York, both consent and do not believe it is a necessary condition any longer based on Mr. Lohani's conduct while under supervision. The Government objects. Additionally, since Mr. Lohani has recently sought support for his mental health, Pretrial Services seeks the addition of a mental health evaluation and treatment condition, which we join.

On March 18, 2025, Mr. Lohani was arrested and bailed. He was released pursuant to the following conditions: a $750,000 personal recognizance bond, co-signed by two financial responsible people (his wife and father) and secured by two properties; travel restriction to the Southern and Eastern Districts of New York and District of New Jersey; surrender of all travel documents and no new applications; pretrial supervision; drug-testing and treatment as directed by Pretrial Services; stand-alone monitoring; continued or seeking of employment; no contact with co-defendants, alleged victims or witnesses outside the presence of counsel; and no new bank accounts, lines of credit or loans without advance permission from Pretrial Services. Mr. Lohani has been fully compliant with every condition of his release since his arrest.

Mr. Lohani and his family live in New Jersey, where he has strong and significant ties. He is not a risk of flight and any concerns related to risk of flight are more than sufficiently addressed by his present release conditions, namely the $750,000 personal recognizance bond, which is co-signed by his wife and father, and secured by

Case 1:25-cr-00173-VM   Document 39   Filed 11/10/25   Page 2 of 2

two properties, including his residence where he lives with his wife and three young daughters. Simply put, Mr. Lohani has not and will not jeopardize the financial well-being of his father and wife and the stability of his daughters, the most important people in his life. Additionally, he does not have any means to flee as he has surrendered his travel documents. Finally, Pretrial Services in the District of New Jersey and the Southern District of New York have conferred and based on Mr. Lohani's full compliance and conduct over the last 8 months have concluded that he is not a risk of flight.

Pretrial Services is in the best position to evaluate whether the requested modification is appropriate considering their regular contact with Mr. Lohani. Consequently, and in line with Pretrial Services' assessment and 8 months of supervision of Mr. Lohani, I respectfully request that the Court remove the stand-alone monitoring condition. I also request that the Court, based on Mr. Lohani's recent seeking of mental health support, add a mental health evaluation and treatment condition to his set of release conditions.

Thank you for your consideration.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.

---

The Court **GRANTS IN PART** and **DENIES IN PART** Defendant Lakhmichand Lohani's requested modifications to his set of release conditions. The Court **DENIES** Mr. Lohani's request to remove the stand-alone monitoring condition. The Court **GRANTS** Defendant Lohani's request to add a mental health evaluation and treatment condition.

**SO ORDERED**

<u>November 10, 2025</u>
      Date

Victor Marrero
U.S.D.J.