LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025

December 17, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Lakhmichand Lohani, 25 Cr. 173 (VM)**

Dear Judge Marrero:

I represent Lakhmichand Lohani in the above-referenced matter. I write to request a one-time modification of Mr. Lohani's bond, to allow him to travel with his wife and three children for the holidays to Texas from December 22, 2025 to January 5, 2025. I have conferred with Pretrial Services. Pretrial Services, per their policy, opposes all overnight travel for anyone, such as Mr. Lohani, who is on location monitoring. Similarly, the Government opposes. In discussing this request, Pretrial Services noted that Mr. Lohani is in full compliance with his release conditions.

Each year for the Christmas holidays, Mr. Lohani travels with his wife and children to visit and stay with his in-laws in San Antonio, Texas. He and his family wish to do the same this year, which has become more significant with his recent health scare. Should the Court grant this request, he will provide the address, names and phone numbers for his in-laws, along with his travel information to Pretrial Services. Additionally, Mr. Lohani's oldest daughter is in the process of applying to college. While in Texas, he would like to visit Baylor University, Texas A & M, University of Texas Austin & San Antonio, and the University of North Texas with her.

Again, for the above important reasons, I respectfully request that the Court permit Mr. Lohani to travel with his family for the holidays.

Thank you for your consideration.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.

The Court **DENIES** Defendant's
bail modification request.

12/19/2025
Date

Victor Marrero
U.S.D.J.

2